IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-255-JLK**

**REBECCA M. BURNHAM,**

    Plaintiff,

v.

**UNITED STATES POSTAL SERVICE,**

    Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    The Joint Motion for Protective Order (doc. #13), filed August 20, 2008 is **DENIED** for failure to comply with Section I.8 of Judge Kane's Pretrial and Trial Procedures Memorandum to Counsel, which sets forth his requirements for seeking a protective order regarding confidential information exchanged in discovery. The Memorandum which was provided prior to the Scheduling Conference is available on the court's website at www.cod.uscourts.gov.

Dated: August 20, 2008