IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00255-JLK-MJW

REBECCA M. BURNHAM,

    Plaintiff,

  v.

UNITED STATES POSTAL SERVICE,

    Defendant.

**ORDER MODIFYING THE STIPULATED SCHEDULING AND DISCOVERY ORDER**

This matter having come before the Court on the parties' Stipulated Motion to Modify the Stipulated Scheduling and Discovery Order, and the Court, having reviewed the file and deeming itself fully advised in the premises, hereby

ORDERS that the Motion is granted. The Stipulated Scheduling and Discovery Order entered on July 2, 2008, is modified as follows:

- Plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before **October 14, 2008**;
- Defendant shall designate all experts and rebuttal experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before **December 2, 2008**;
- Plaintiff shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) on or before **December 31, 2008**;
- All written interrogatories, requests for production, and requests for admission must be served no later than **January 30, 2009**;
- Discovery cut-off: **March 4, 2009**;

- Dispositive motion deadline: **April 1, 2009** (this is also the deadline for Daubert/Kuhmo Tire Motions, or they will be deemed waived);
- Responses to dispositive motions shall be filed on or before **April 22, 2009**; and
- Reply briefs in support of any dispositive motions shall be due on or before **May 7, 2009**.

DATED this 8th day of September, 2008.

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, Senior Judge
United States District Court