IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00255-JLK

REBECCA M. BURNHAM,

    Plaintiff,

v.

UNITED STATES POSTAL SERVICE,

    Defendant.

## ORDER

THIS MATTER comes before the Court on the Unopposed Motion to Modify Scheduling Order. (Doc. 21.)

Sufficient cause appearing, **IT IS HEREBY ORDERED THAT** the motion is **GRANTED**. The Scheduling Order is hereby modified as follows:

1. Discovery cut-off: April 3, 2009.

2. Dispositive Motion Deadline (also Daubert motion deadline): May 1, 2009.

3. Responses to dispositive motions: May 22, 2009.

4. Replies supporting dispositive motions: June 8, 2009.

Dated this 11th day of February, 2009.

                                  **BY THE COURT:**

                                  *S/John L. Kane*
                                  JOHN L. KANE, SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT