**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-00255-JLK

REBECCA M. BURNHAM,

    Plaintiff,

v.

UNITED STATES POSTAL SERVICE,

    Defendant.

## ORDER

Kane, J.

On consideration of the parties' Joint Stipulation for Dismissal (Doc. 26), IT IS ORDERED that the action is DISMISSED, with prejudice, with each party to pay its own costs.

I retain jurisdiction to enforce the terms in the Stipulation for Compromise Settlement.

Dated May 20, 2009.

                                          *s/John L. Kane*
                                          JOHN L. KANE, SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT